WWR#10004817

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-W5 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2005, ASSIGNEE OF ARGENT MORTGAGE COMPANY<br><br>    Plaintiff<br><br>vs.<br><br>MILDRED FLECHA, et al.<br><br>    Defendants | CASE NO. 07-1984<br><br><br><br><br><br><br><br>JUDGE Dan A. Polster<br><br>**JUDGMENT ENTRY VACATING STAY AND REINSTATING CASE** |

This matter came on for consideration on the Plaintiff's Motion to Vacate the Stay previously entered in the within matter. The Court finds said Motion well taken and same is hereby granted.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the Stay previously entered in the within matter is hereby vacated, and this action is hereby reinstated as an active matter for further proceedings.

                              s/Christopher A. Boyko
                              JUDGE
                              February 3, 2009

APPROVED:

WELTMAN, WEINBERG & REIS CO., L.P.A.

    /s/: Benjamin N. Hoen
Benjamin N. Hoen (0077704)
Attorney for Plaintiff
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Phone: (216) 685-1170
Fax: (216) 363-4034
Email: bhoen@weltman.com